UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| MOLLY BAUDOIN | CIVIL ACTION NO.: 6:19-cv-00260 |
| VS. | JUDGE: MICHAEL J. JUNEAU |
| SOUTHCARE MEDICAL, LLC | MAGISTRATE JUDGE: PATRICK J. HANNA |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Considering the Joint Motion for Dismissal with Prejudice submitted by all parties to this matter, and the representations made by counsel therein;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that all claims in the above captioned and numbered cause are hereby dismissed, with prejudice, with each party bearing their own costs of court.

THUS DONE AND SIGNED this 24th day of February, 2020 in Lafayette, Louisiana.

_____
UNITED STATES DISTRICT JUDGE